**SO ORDERED.**

**SIGNED this 22 day of October, 2010.**

J. Rich Leonard
United States Bankruptcy Judge

---

5377

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE | ) Case No. 10-05155-8-JRL |
| | ) |
| Antoinette Marie Joseph | ) Chapter 7 |
| | ) |
| DEBTOR. | ) |
| | ) |
| | ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

**THIS MATTER**, coming before the undersigned United States Bankruptcy Judge for the Eastern District of North Carolina, upon the motion by Saxon Mortgage Services, Inc. (hereinafter "Movant") for relief from the automatic stay regarding the Debtor's real property located at 246 Rosewell Street, Springfield, Massachusetts 01109;

That for good cause shown relief from the automatic stay should be granted to Movant, or any successor-in-interest, with respect to the Debtor's real property located at 246 Rosewell Street, Springfield, Massachusetts 01109;

**WHEREFORE, IT IS HEREBY ORDERED** that Movant, or any successor-in-interest, shall be granted relief from the automatic stay and may proceed with foreclosure of Debtor's real property located at 246 Rosewell Street, Springfield, Massachusetts 01109;

**IT IS ALSO ORDERED** that Rule 4001(a)(3) of the Bankruptcy Code is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

"END OF DOCUMENT"